UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
LUIS ANGEL ALVARADO MALDONADO,                                    :
:
                Plaintiff,                                         :
:   22 Civ. 9173 (JPC)
      -v-                                                         :
:   <u>ORDER</u>
KILOLO KIJAKAZI, Acting Commissioner of Social                    :
Security,                                                         :
:
                Defendant.                                         :
:
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Plaintiff filed his Complaint in this action on October 26, 2022. Dkt. 1. Two days later, Defendant's counsel filed a notice of appearance. Dkt. 7. Per the Standing Order regarding motions for judgment on the pleadings in social security cases in effect in this case, Dkt. 5, Defendant is required to either file the "certified transcript of administrative proceedings," or "otherwise move against the complaint" "within 90 days after service," *id.* While Defendant has not responded to the Complaint, Plaintiff has also not filed proof of service on the docket. Therefore, Plaintiff shall file a status update by February 17, 2023, advising the Court as to whether Defendant has been served.

      SO ORDERED.

Dated: February 10, 2023
      New York, New York
                                        _____
                                          JOHN P. CRONAN
                                          United States District Judge