# PIERRE PIERRE LAW, P.C.

| | |
|---|---|
| NEW YORK OFFICE: | FLORIDA OFFICE: |
| 211 East 43rd Street | 1451 W Cypress Creek Road |
| Suite 608 | Suite 300 |
| New York, NY 10017 | Ft. Lauderdale, FL 33309 |
| Phone: (646) 992-8383 | Phone: (954) 884-5040 |
| Fax: (718) 504-6962 | Fax: (754) 484-3121 |
| ***mail all correspondence* | |

April 17, 2023

Honorable John P. Cronan  
United States District Judge  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St.  
New York, NY 10007

**Letter Motion:  
Extension of Time Request**

**Re: Luis Angel Alvarado Maldonado v. Comm'r of SSA  1:22-cv-09173-JPC**

Dear Honorable Judge Cronan:

Pursuant to the Scheduling Order in the above referenced case, Plaintiff's motion for Judgment on the Pleadings was due on April 14, 2023. Due to a scheduling oversight Plaintiff missed his filing date though his motion was prepared and ready to file. Plaintiff therefore writes to respectfully request a one day extension of time through April 17, 2023, and that his motion be accepted *nunc pro tunc,* with the remaining Order to remain in effect. No previous request for an extension has been made in this case and the Defendant has given consent.

Thank you in advance for the Court's consideration of this request. Plaintiff has filed his brief under separate filing to avoid any further delay.

Respectfully Submitted,

/s/Eddy Pierre Pierre  
Eddy Pierre Pierre, Esq.  
Attorney for Plaintiff  
(646) 992-8383  
(718) 504-6962 fax

Cc:    Fergus John Kaiser, Esq.   (Via ECF)  
            Attorney for Defendant.

The request is granted. Plaintiff's deadline to file a motion for judgment on the pleadings is extended until April 17, 2023, *nunc pro tunc*. The Clerk of Court is respectfully directed to close the motion pending at Docket Number 12.

SO ORDERED.  
Date: April 17, 2023  
New York, New York

_____  
JOHN P. CRONAN  
United States District Judge