**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LUIS ANGEL ALVARADO MALDONADO,

                Plaintiff,                 22 **CIVIL** 9173 (JPC)(RFT)

    -v-                            **JUDGMENT**

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 29, 2024, the Commissioner's objections are overruled, Judge Tarnofsky's Report and Recommendation is adopted, Alvarado's motion is granted, and the Commissioner's cross-motion is denied. This case is remanded to the Social Security Administration for further proceedings consistent with the Order and, to the extent not discussed in Judge Tarnofsky's Report and Recommendation; accordingly, the case is closed.

**Dated:**  New York, New York
          March 29, 2024

                                               **RUBY J. KRAJICK**
                                               _____
                                                   **Clerk of Court**

                            **BY:**    *K. Mango*

                                                    _____
                                                      **Deputy Clerk**